# William E. Bonham
Attorney at Law
916 Second Street, 2nd Floor
Sacramento, CA 95814
billbonham@mylaw.comcastbiz.net

Telephone: (916) 557-1113
Facsimile: (916) 557-1118

## MEMORANDUM

March 26, 2013

To: Honorable Judge Morrison C. England, Jr.

From: William E. Bonham

Case No: 2:12-cr-331;
2:12-cr-333

Defendant: Sophia Roses

---

An admit/deny hearing is currently scheduled in the above referenced case for defendant, Sophia Roses, on Thursday, March 28, 2013. Counsel has notified AUSA Samuel Wong and USPO Vladimir Pajcin and the parties are in agreement to continue the hearing to Thursday, April 11, 2013 at 9:00 am.

/s/ William E. Bonham for
William E. Bonham
Attorney for Defendant Sophia Roses

# ORDER

The admit/deny hearing for defendant Sophia Roses is continued to April 11, 2013.

The time between March 28, 2013 and April 11, 2013 is NOT excluded from the Speedy Trial Act as no stipulation was included in the proposed order submitted to the court on that issue.

      IT IS SO ORDERED.

DATED: March 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE